# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASMIN VAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:09-cv-00859 |
| v. ) | |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, YASMIN VAN, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this the _23___ day of __September_____,2009.

Respectfully submitted,

_____
Dennis R. Kurz
NY Bar No. 4570453
***Kurz & Fortas, LLC***
Attorneys for Plaintiff
80 Broad Street, 5th Floor
New York, NY 10004
(404) 856-3888
(404) 856-3892 (fax)
dkurz@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of September 2009, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Defendant's counsel as described below. A copy will also be forwarded to Defendant's counsel by electronic mail. Parties may access this filing through the Court's system.

    Christopher D. Lagow
    Portfolio Recovery Associates
    140 Corporate Boulevard
    Norfolk VA 23502

    Dennis R. Kurz
    NY Bar No. 4570453
    ***Kurz & Fortas, LLC***
    Attorneys for Plaintiff
    80 Broad Street, 5th Floor
    New York, NY 10004
    (404) 856-3888
    (404) 856-3892 (fax)
    dkurz@attorneysforconsumers.com